Felix De La Rosa, appellant, v. Swift and Company Employes' Benefit Association, Jesus De La Rosa, appellees. Gen. No. 38,270.

Opinion filed November 20, 1935.

Hubbard, Baker & Rice, for appellant. Jackson & Spencer, for certain appellee; Stephen G. Proksa, of counsel.

Mr. Justice Hebel delivered the opinion of the court.